```
                                United States Bankruptcy Court
                                Middle District of Pennsylvania
In re:                                                                    Case No. 20-00170-RNO
Drew R. Willette                                                          Chapter 7
Joanne Willette
         Debtors                      CERTIFICATE OF NOTICE
District/off: 0314-5          User: admin                  Page 1 of 2                  Date Rcvd: May 08, 2020
                              Form ID: 318                 Total Noticed: 27
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 10, 2020.
```
db/jdb         +Drew R. Willette,    Joanne Willette,    P.O. Box 982,    Marshalls Creek, PA 18335-0982
5291653         Citibank North America,    Citibank SD MC 425,    5800 South Corp Place,    Sioux Falls, SD 57108
5291654        +Citimortgage,    Attn: Centralized Bankruptcy,    Po Box 9438,    Gettsburg, MD 20898-9438
5291656        +Frederic I. Weinberg & Assoc.,    375 E. Elm Street, Suite 210,    Conshohocken, PA 19428-1973
5291657        +KML Group PC,    701 Market St., Suite 5000,    Philadelphia, PA 19106-1541
5291659        +MOHELA,    Attn: Bankruptcy,    633 Spirit Dr.,    Chesterfield, MO 63005-1243
5291663        +St. Luke's University Health Networ,    P.O. Box 788187,    Philadelphia, PA 19178-8187
5291670        +Zwicker & Associates, PC,    3220 Tillman Dr., Suite 215,    Bensalem, PA 19020-2028
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +EDI: PHINAMERI.COM May 08 2020 23:43:00      Americredit Financial Services, Inc. Dba GM Financ,
                 P.O Box 183853,    Arlington, TX 76096-3853
cr             +EDI: PRA.COM May 08 2020 23:43:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
5297287         EDI: PHINAMERI.COM May 08 2020 23:43:00      Americredit Financial Services, Inc.,
                 Dba GM Financial,    P.O Box 183853,    Arlington, TX 76096
5291647        +EDI: GMACFS.COM May 08 2020 23:43:00      Ally Financial,    Attn: Bankruptcy,    Po Box 380901,
                 Bloomington, MN 55438-0901
5291648        +EDI: PHINAMERI.COM May 08 2020 23:43:00      AmeriCredit/GM Financial,    Attn: Bankruptcy,
                 Po Box 183853,    Arlington, TX 76096-3853
5291649        +EDI: AMEREXPR.COM May 08 2020 23:43:00      Amex,    Correspondence/Bankruptcy,    Po Box 981540,
                 El Paso, TX 79998-1540
5291650        +EDI: BANKAMER.COM May 08 2020 23:43:00      Bank of America,    4909 Savarese Circle,
                 Fl1-908-01-50,    Tampa, FL 33634-2413
5291651        +EDI: CAPITALONE.COM May 08 2020 23:43:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
5291652        +EDI: CITICORP.COM May 08 2020 23:43:00      Citibank,    Po Box 6217,
                 Sioux Falls, SD 57117-6217
5291654        +EDI: CIAC.COM May 08 2020 23:43:00      Citimortgage,    Attn: Centralized Bankruptcy,
                 Po Box 9438,    Gettsburg, MD 20898-9438
5291655         EDI: DISCOVER.COM May 08 2020 23:43:00      Discover Financial,    Attn: Bankruptcy Department,
                 Po Box 15316,    Wilmington, DE 19850
5291658        +E-mail/Text: bncnotices@becket-lee.com May 08 2020 19:50:57      Kohls/Capital One,
                 Attn: Credit Administrator,    Po Box 3043,    Milwaukee, WI 53201-3043
5291660        +E-mail/Text: NCI_bankonotify@ncirm.com May 08 2020 19:50:14      Nationwide Credit,
                 PO Box 14581,    Des Moines, IA 50306-3581
5291662        +E-mail/Text: jennifer.chacon@spservicing.com May 08 2020 19:51:25
                 Select Portfolio Servicing, Inc,    Attn: Bankruptcy,    Po Box 65250,
                 Salt Lake City, UT 84165-0250
5292256        +EDI: RMSC.COM May 08 2020 23:43:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
5291665        +EDI: RMSC.COM May 08 2020 23:43:00      Synchrony Bank/Amazon,    Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
5291666        +EDI: RMSC.COM May 08 2020 23:43:00      Synchrony Bank/Care Credit,    Attn: Bankruptcy Dept,
                 Po Box 965060,    Orlando, FL 32896-5060
5291667        +EDI: RMSC.COM May 08 2020 23:43:00      Synchrony Bank/Lowes,    Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
5291668        +EDI: RMSC.COM May 08 2020 23:43:00      Synchrony Bank/Old Navy,    Attn: Bankruptcy Dept,
                 Po Box 965060,    Orlando, FL 32896-5060
5291669        +EDI: RMSC.COM May 08 2020 23:43:00      Synchrony Bank/Walmart,    Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
                                                                                                TOTAL: 20

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5291661        Otter Lake, Inc.
5291664        Syncb/walmart
                                                                                 TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2020                                          Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 8, 2020 at the address(es) listed below:
          James  Warmbrodt    on behalf of Creditor   Athene Annuity and Life Company bkgroup@kmllawgroup.com
          John J Martin (Trustee)    pa36@ecfcbis.com, trusteemartin@martin-law.net
          Scott M. Amori    on behalf of Debtor 1 Drew R. Willette afr@epix.net,
           smamori@amoriandassociates.com
          Scott M. Amori    on behalf of Debtor 2 Joanne  Willette afr@epix.net,
           smamori@amoriandassociates.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                         TOTAL: 5
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Drew R. Willette <br> First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–9200 <br> EIN  \_\_–_____ |
| Debtor 2 <br> (Spouse, if filing) | Joanne Willette <br> First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–9948 <br> EIN  \_\_–_____ |

United States Bankruptcy Court  Middle District of Pennsylvania

Case number:  5:20-bk-00170-RNO

## Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Drew R. Willette  
aka Drew R Willette Sr., aka Drew Willette Sr., aka Drew Willette

Joanne Willette

**By the court:**

*Robt N. Opel II* (signature)

5/8/20

Honorable Robert N. Opel, II  
United States Bankruptcy Judge  
By: AutoDocketer, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318  **Order of Discharge**  page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**