```
                        United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                          Case No. 20-00170-RNO
Drew R. Willette                                                Chapter 7
Joanne Willette
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0314-5        User: admin            Page 1 of 1            Date Rcvd: May 11, 2020
                            Form ID: fnldecac      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 13, 2020.
db/jdb         +Drew R. Willette,   Joanne Willette,   P.O. Box 982,   Marshalls Creek, PA 18335-0982

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 8, 2020 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    Athene Annuity and Life Company bkgroup@kmllawgroup.com
              John J Martin (Trustee)    pa36@ecfcbis.com, trusteemartin@martin-law.net
              Scott M. Amori    on behalf of Debtor 1 Drew R. Willette afr@epix.net,
               smamori@amoriandassociates.com
              Scott M. Amori    on behalf of Debtor 2 Joanne  Willette afr@epix.net,
               smamori@amoriandassociates.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Drew R. Willette,
aka Drew R Willette Sr., aka Drew Willette Sr., aka Drew Willette,

**Debtor 1**

Chapter 7

Case No. 5:20–bk–00170–RNO

Joanne Willette,

**Debtor 2**

Social Security No.:
    xxx–xx–9200    xxx–xx–9948

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

**John J Martin (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: May 8, 2020

BY THE COURT
By the Court,

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: AutoDocketer, Deputy Clerk

**fnldecac** (05/18)