United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                          Case No. 20-00170-MJC

Drew R. Willette                                                                        Chapter 7

Joanne Willette

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5                          User: AutoDocke                          Page 1 of 2

Date Rcvd: Feb 02, 2024                       Form ID: pdf010                          Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**       **Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#       Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2024:**

**Recip ID**          **Recipient Name and Address**
db/jdb        #+  Drew R. Willette, Joanne Willette, P.O. Box 982, Marshalls Creek, PA 18335-0982

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2024                          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2024 at the address(es) listed below:**

**Name**          **Email Address**

James Warmbrodt
       on behalf of Creditor Athene Annuity and Life Company bkgroup@kmllawgroup.com

John J Martin
       pa36@ecfcbis.com trusteemartin@martin-law.net

Scott M. Amori
       on behalf of Debtor 1 Drew R. Willette afr@epix.net smamori@amoriandassociates.com

Scott M. Amori
       on behalf of Debtor 2 Joanne Willette afr@epix.net smamori@amoriandassociates.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

DREW R. WILLETTE and
JOANNE WILLETTE

    Debtors

ANDREW R. VARA
UNITED STATES TRUSTEE

    Movant

v.

DREW R. WILLETTE and
JOANNE WILLETTE

    Respondents

:    CASE NO. 5:20-bk-00170-MJC

:    CHAPTER 7

## ORDER

Upon consideration of the United States Trustee's Motion to Reopen Case, Dkt. # 25

("Motion") and the record as a whole, **IT IS HEREBY ORDERED THAT**:

1.      The Motion is **GRANTED**;

2.      The above-captioned case is reopened; and

3.      The United States Trustee is hereby directed to appoint a Chapter 7 Trustee.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: February 2, 2024