# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
DREW R. WILLETTE AND : 5-20-00170-MJC
JOANNE WILLETTE, :
     DEBTOR(S) : CHAPTER 7

## NOTICE OF CHAPTER 7 TRUSTEE'S MOTION TO
## (1) APPROVE SETTLEMENT OF PERSONAL INJURY CLAIM (2) EMPLOY SPECIAL COUNSEL *NUNC PRO TUNC* AND (3) APPROVE PAYMENT OF SPECIAL COUNSEL FEES AND REIBURSEMNT OF COSTS

    NOTICE IS GIVEN THAT:  John J. Martin, Chapter 7 Trustee ("Trustee") has filed a Chapter 7 Trustee's Motion to (1) Approve Settlement of Personal Injury Claim; (2) Employ Special Counsel *Nunc Pro Tunc*; and (3) Approve Payment of Special Counsel Fees and Reimbursement of Costs ("Motion").

    The above case was commenced by the filing of a Petition for Relief under Chapter 7 of the United States Bankruptcy Code ("Code") on January 17, 2020. That a Report of No Distribution was filed on or about March 10, 2020 by the Trustee and the bankruptcy case was subsequently closed.  That a motion of the United States Trustee to reopen the case was filed on or about January 31, 2024, and an Order granting the motion to reopen was entered on or about February 2, 2024.  That the bankruptcy case was reopened due to the Trustee being contacted by law firms handling a pre-petition personal injury claim for Drew Willette ("Debtor").  The Debtor was a member of a class action lawsuit(s) being pursued in multiple jurisdictions ("Multiple District Litigation") ("Claim"). The Claim was a result of an alleged negligent act(s) of the defendants regarding the use of "hernia mesh" in a medical procedure(s).  The Claim was not listed as an asset in the Debtor's original bankruptcy case and therefore the asset was <u>not</u> deemed abandoned by the Trustee upon the closing of the bankruptcy case and remains property of the bankruptcy estate pursuant to 11 U.S.C. 554. P<u>rior</u> to the bankruptcy case being filed, the Debtor retained the law firms of Wright & Schulte LLC ("Wright") and Cooper Law Partners, PLLC ("Cooper") to represent the Debtor in pursing the Claim.  The Trustee seeks to retain the Wright and Cooper law firms *nunc pro tunc* as special counsel under the same terms and conditions as outlined in the Attorney/Client Contingency Fee Retainer Agreement pursuant to 11 U.S.C. 327.  That without the knowledge or consent of the Trustee and without prior bankruptcy court approval, Special Counsel negotiated a settlement of the Debtor's Claim for a gross settlement of $133,000.00.  The gross settlement in the amount of $133,000.00 is subject to the following proposed reductions provided they are approved by the Court:

| | |
|---|---|
| Gross Settlement Allocation Amount: | $133,000.00 |
| Less Attorney Fees (Contingency Fee 40.0%): | $53,200.00 |
| Less Case Expense Reimbursement And Archer fees: | $3,759.48 |
| Medical Lien Payment – Medicare | $507.47 |
| **Net Amount to Bankruptcy Estate:** | **$75,533.05** |

    That after consultation with members of the Wright and Cooper law firms, the Trustee believes and therefore avers that the previously agreed upon settlement is in the best interest of the bankruptcy estate and will result in a meaningful distribution to unsecured creditors. The Trustee believes and therefore avers that the retention of the Wright and Cooper law firms *nunc pro tunc* as special counsel is appropriate under the circumstances. The Trustee believes and therefore avers that special counsel fees in

the amount of $53,200.00 and Reimbursement of Expenses and Costs in the amount of $3,759.48 are fair and reasonable under 11 U.S.C. 330.

      A copy of the Motion is on file with the Bankruptcy Clerk. If no objections and requests for hearing are timely filed with the Bankruptcy Clerk, 197 South Main Street, Wilkes Barre, PA 18701 to the Motion on or before twenty-one (21) days from the date of receipt of this notice, the Court will act on said request without a hearing. If you desire to contest this matter, file a written objection in the form of responsive pleading and request a hearing with the bankruptcy court, with a copy to John J. Martin, Esquire at the address below: Any filing must conform to the Rules of Bankruptcy Procedures unless the Court determines otherwise.

| | |
|---|---|
| March 1, 2024 | /s/ John J. Martin, Esquire |
| | John J. Martin, Esquire |
| | Law Offices of John J. Martin |
| | 1022 Court Street |
| | Honesdale, PA 18431 |
| | (570) 253-6899 |
| | jmartin@martin-law.net |
| | Attorney For Chapter 7 Trustee |

#Document End

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

IN RE:
DREW R WILLETTE
JOANNE WILLETTE

CASE NO: 20-00170

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 7

On 3/1/2024, I did cause a copy of the following documents, described below,

Notice of Chapter 7 Trustee's Motion to (1) Approve Settlement (2) Employ Special Counsel Nunc Pro Tunc and (3) Approve Special Counsel Fees and Reimbursement of Expenses

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 3/1/2024

/s/ John J. Martin, Esq
John J. Martin, Esq  61725

Law Offices of John J. Martin
1022 COURT STREET
HONESDALE, PA  18431
570 253 6899
jmartin@martin-law.net

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

| | |
|---|---|
| IN RE:<br><br>DREW R WILLETTE<br>JOANNE WILLETTE | CASE NO: 20-00170<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 7 |

On 3/1/2024, a copy of the following documents, described below,

Notice of Chapter 7 Trustee's Motion to (1) Approve Settlement (2) Employ Special Counsel Nunc Pro Tunc and (3) Approve Special Counsel Fees and Reimbursement of Expenses

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/1/2024

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
John J. Martin, Esq
Law Offices of John J. Martin
1022 COURT STREET
HONESDALE, PA  18431

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.
CASE INFO                                                                                               EXCLUDE
  LABEL MATRIX FOR LOCAL NOTICING         AMERICREDIT FINANCIAL SERVICES   INC DBA    (U)ATHENE ANNUITY AND LIFE COMPANY
NCRS ADDRESS DOWNLOAD                     GM
CASE 20-00170                             PO BOX 183853
MIDDLE DISTRICT OF PENNSYLVANIA           ARLINGTON   TX 76096-3853
FRI MAR 1 6-49-32 PST 2024



                                          EXCLUDE
PRA RECEIVABLES MANAGEMENT   LLC          US BANKRUPTCY COURT                         ALLY FINANCIAL
PO BOX 41021                              MAX ROSENN US COURTHOUSE                    ATTN BANKRUPTCY
NORFOLK   VA 23541-1021                   197 SOUTH MAIN STREET                       PO BOX 380901
                                          WILKES BARRE   PA 18701-1500                BLOOMINGTON   MN 55438-0901




AMERICREDITGM FINANCIAL                   (P)AMERICREDIT FINANCIAL SERVICS DBA GM     AMEX
ATTN BANKRUPTCY                           FINANCIAL                                   CORRESPONDENCEBANKRUPTCY
PO BOX 183853                             PO BOX 183853                               PO BOX 981540
ARLINGTON   TX 76096-3853                 ARLINGTON TX 76096-3853                     EL PASO   TX 79998-1540




BANK OF AMERICA                           CAPITAL ONE                                 CITIBANK
4909 SAVARESE CIRCLE                      ATTN BANKRUPTCY                             PO BOX 6217
FL1-908-01-50                             PO BOX 30285                                SIOUX FALLS   SD 57117-6217
TAMPA   FL 33634-2413                     SALT LAKE CITY   UT 84130-0285




CITIBANK NORTH AMERICA                    CITIMORTGAGE                                (P)DISCOVER FINANCIAL SERVICES LLC
CITIBANK SD MC 425                        ATTN CENTRALIZED BANKRUPTCY                 PO BOX 3025
5800 SOUTH CORP PLACE                     PO BOX 9438                                 NEW ALBANY OH 43054-3025
SIOUX FALLS   SD 57108                    GETTSBURG   MD 20898-9438




FREDERIC I WEINBERG   ASSOC               KML GROUP PC                                KOHLSCAPITAL ONE
375 E ELM STREET   SUITE 210              701 MARKET ST   SUITE 5000                  ATTN CREDIT ADMINISTRATOR
CONSHOHOCKEN   PA 19428-1973              PHILADELPHIA   PA 19106-1541                PO BOX 3043
                                                                                      MILWAUKEE   WI 53201-3043




                                                                                      EXCLUDE
(P)MOHELA                                 NATIONWIDE CREDIT                           (U)OTTER LAKE   INC
CLAIMS DEPARTMENT                         PO BOX 14581
633 SPIRIT DRIVE                          DES MOINES   IA 50306-3581
CHESTERFIELD MO 63005-1243




                                                                                      EXCLUDE
SELECT PORTFOLIO SERVICING   INC          ST LUKES UNIVERSITY HEALTH NETWOR           (U)SYNCBWALMART
ATTN BANKRUPTCY                           PO BOX 788187
PO BOX 65250                              PHILADELPHIA   PA 19178-8187
SALT LAKE CITY   UT 84165-0250




SYNCHRONY BANK                            SYNCHRONY BANKAMAZON                        SYNCHRONY BANKCARE CREDIT
CO PRA RECEIVABLES MANAGEMENT   LLC       ATTN  BANKRUPTCY                            ATTN  BANKRUPTCY DEPT
PO BOX 41021                              PO BOX 965060                               PO BOX 965060
NORFOLK   VA 23541-1021                   ORLANDO   FL 32896-5060                     ORLANDO   FL 32896-5060
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| SYNCHRONY BANKLOWES<br>ATTN BANKRUPTCY<br>PO BOX 965060<br>ORLANDO FL 32896-5060 | SYNCHRONY BANKOLD NAVY<br>ATTN BANKRUPTCY DEPT<br>PO BOX 965060<br>ORLANDO FL 32896-5060 | SYNCHRONY BANKWALMART<br>ATTN BANKRUPTCY<br>PO BOX 965060<br>ORLANDO FL 32896-5060 |
|---|---|---|
| UNITED STATES TRUSTEE<br>228 WALNUT STREET SUITE 1190<br>HARRISBURG PA 17101-1722 | ZWICKER ASSOCIATES PC<br>3220 TILLMAN DR SUITE 215<br>BENSALEM PA 19020-2028 | DEBTOR<br>DREW R WILLETTE<br>PO BOX 982<br>MARSHALLS CREEK PA 18335-0982 |
| JOANNE WILLETTE<br>PO BOX 982<br>MARSHALLS CREEK PA 18335-0982 | JOHN J MARTIN<br>LAW OFFICES OF JOHN J MARTIN<br>TRUSTEE<br>1022 COURT STREET<br>HONESDALE PA 18431-1925 | SCOTT M AMORI<br>AMORI AND ASSOCIATES LLC<br>513 SARAH STREET<br>STROUDSBURG PA 18360-2118 |