## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                          :
DREW R. WILLETTE AND            :       5-20-00170-MJC
JOANNE WILLETTE,                :
      DEBTOR(S)       :       CHAPTER 7

## VERIFIED STATEMENT OF PROPOSED ATTORNEY

The undersigned, verifies the following under penalty of perjury:

1.    That members of the law firm of Cooper Law Partners, are attorneys and counselors at law, duly admitted to practice in the District of Columbia and Florida.

2.    That 3 partners currently practice law under the firm name of Cooper Law Partners ("Firm") and the Firm maintains an office at 1717 Pennsylvania Avenue NW, Suite 1025, Washington, DC 20006.

3.    That the Firm represents no interest adverse to the above-named Debtor, its estate, or the Chapter 7 Trustee in the matters upon which it is engaged.

The undersigned affirms under penalties of perjury that the above and foregoing representations are true and accurate to the best of his knowledge and belief.



Davis Cooper
COOPER LAW PARTNERS PLLC
1717 Pennsylvania Ave. NW, Suite 1025
Washington, DC 20006
Phone: (202) 866-0171
Fax: (202) 888-3490
davis@cooperlawpartners.com