IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| DREW R. WILLETTE AND | : | 5-20-00170-MJC |
| JOANNE WILLETTE, | : | |
| DEBTOR(S) | : | CHAPTER 7 |

**VERIFIED STATEMENT OF PROPOSED ATTORNEY**

The undersigned, verifies the following under penalty of perjury:

1. That members of the law firm of Wright & Schulte, are attorneys and counselors at law, duly admitted to practice in Ohio, California, Iowa, Arizona, and Missouri.

2. That __X_ partner and ____ associates currently practice law under the firm name of Wright & Schulte ("Firm") and the Firm maintains an offices at 865 South Dixie Drive, Vandalia, Ohio 45377.

3. That the Firm represents no interest adverse to the above named Debtor, its estate, or the Chapter 7 Trustee in the matters upon which it is be engaged, other than: None.

The undersigned affirms under penalties of perjury that the above and foregoing representations are true and accurate to the best of his knowledge and belief.

s/ [signature] ,Esquire
Richard W. Schulte, Esquire

**EXHIBIT "A"**