IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| DREW R. WILLETTE AND | : | 5-20-00170-MJC |
| JOANNE WILLETTE, | : | |
|     DEBTOR(S) | : | CHAPTER 7 |

**ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION TO (1) APPROVE SETTLEMENT OF PERSONAL INJURY CLAIM (2) EMPLOY SPECIAL COUNSEL *NUNC PRO TUNC* AND (3) APPROVE PAYMENT OF SPECIAL COUNSEL FEES AND REIBURSEMNT OF COSTS**

**UPON CONSIDERATION** of the Chapter 7 Trustee's Motion to (1) Approve Settlement of Personal Injury Claim; (2) Employ Special Counsel *Nunc Pro Tunc*; and (3) Approve Payment of Special Counsel Fees and Reimbursement of Costs ("Motion") and after notice to all creditors and parties in interest and good cause having been shown, it is

**ORDERED,** that the Chapter 7 Trustee's Motion and the relief sought therein is granted; and it is further,

**ORDERED,** that the Trustee is authorized to settle the Claim for the gross amount of $133,000.00; and it is further,

**ORDERED,** that the Trustee is authorized to retain the law firms of Wright & Schulte LLC and Cooper Law Partners, PLLC as special counsel *Nunc Pro Tunc*; and it further

**ORDERED,** that the law firms of Wright & Schulte LLC and Cooper Law Partners, PLLC are awarded compensation in the amount of $53,200.00 and Reimbursement of Expenses and Costs in the amount of $3,759.48