United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 20-00170-MJC
Drew R. Willette  Chapter 7
Joanne Willette
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3
Date Rcvd: Mar 04, 2024      Form ID: ntasset      Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | #+ | Drew R. Willette, Joanne Willette, P.O. Box 982, Marshalls Creek, PA 18335-0982 |
| 5291656 | + | Frederic I. Weinberg & Assoc., 375 E. Elm Street, Suite 210, Conshohocken, PA 19428-1973 |
| 5291663 | + | St. Luke's University Health Networ, P.O. Box 788187, Philadelphia, PA 19178-8187 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PHINAMERI.COM | Mar 04 2024 23:39:00 | Americredit Financial Services, Inc. Dba GM Financ, P.O Box 183853, Arlington, TX 76096-3853 |
| cr | + | EDI: PRA.COM | Mar 04 2024 23:39:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5297287 | | EDI: PHINAMERI.COM | Mar 04 2024 23:39:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 5291647 | + | EDI: GMACFS.COM | Mar 04 2024 23:39:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 5291648 | + | EDI: PHINAMERI.COM | Mar 04 2024 23:39:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 5291649 | + | Email/PDF: bncnotices@becket-lee.com | Mar 04 2024 18:52:53 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 5291650 | + | EDI: BANKAMER | Mar 04 2024 23:39:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 5291651 | + | EDI: CAPITALONE.COM | Mar 04 2024 23:39:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5291652 | + | EDI: CITICORP | Mar 04 2024 23:39:00 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 5291653 | | EDI: CITICORP | Mar 04 2024 23:39:00 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 5291654 | + | EDI: CITICORP | Mar 04 2024 23:39:00 | Citimortgage, Attn: Centralized Bankruptcy, Po Box 9438, Gettsburg, MD 20898-9438 |
| 5291655 | | EDI: DISCOVER | Mar 04 2024 23:39:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5291657 | ^ | MEBN | Mar 04 2024 18:36:08 | KML Group PC, 701 Market St., Suite 5000, Philadelphia, PA 19106-1541 |
| 5291658 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 04 2024 18:40:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 5291659 | | Email/Text: EBN@Mohela.com | Mar 04 2024 18:40:00 | MOHELA, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005 |
| 5291662 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 04 2024 18:40:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 5292256 | + | EDI: PRA.COM | Mar 04 2024 23:39:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5291665 | + | EDI: SYNC | Mar 04 2024 23:39:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5291666 | + | EDI: SYNC | Mar 04 2024 23:39:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 5291667 | + | EDI: SYNC | Mar 04 2024 23:39:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5291668 | + | EDI: SYNC | Mar 04 2024 23:39:00 | Synchrony Bank/Old Navy, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 5291669 | + | EDI: SYNC | Mar 04 2024 23:39:00 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5291670 | + | Email/Text: bkfilings@zwickerpc.com | Mar 04 2024 18:40:00 | Zwicker & Associates, PC, 3220 Tillman Dr., Suite 215, Bensalem, PA 19020-2028 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5291661 | | Otter Lake, Inc. |
| 5291664 | | Syncb/walmart |
| 5291660 | ##+ | Nationwide Credit, PO Box 14581, Des Moines, IA 50306-3581 |

TOTAL: 2 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2024　　　　Signature:　　/s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| James Warmbrodt | on behalf of Creditor Athene Annuity and Life Company bkgroup@kmllawgroup.com |
| John J Martin | pa36@ecfcbis.com trusteemartin@martin-law.net |
| John J Martin | on behalf of Trustee John J Martin jmartin@martin-law.net kmartin@martin-law.net;sseana@martin-law.net;jjmartin@martin-law.net;r59891@notify.bestcase.com |
| Scott M. Amori | on behalf of Debtor 1 Drew R. Willette afr@epix.net smamori@amoriandassociates.com |
| Scott M. Amori | on behalf of Debtor 2 Joanne Willette afr@epix.net smamori@amoriandassociates.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Drew R. Willette,<br>aka Drew R Willette Sr., aka Drew Willette Sr., aka Drew Willette, | Chapter 7 |
| **Debtor 1** | Case No. 5:20−bk−00170−MJC |
| Joanne Willette, | |
| **Debtor 2** | |

Social Security No.:
    xxx−xx−9200    xxx−xx−9948

Employer's Tax I.D. No.:

## NOTICE OF NEED TO FILE A PROOF OF CLAIM
## DUE TO RECOVERY OF ASSETS

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before: **June 4, 2024**

Governmental units must file a proof of claim with the clerk of the bankruptcy court at the address below on or before: **June 4, 2024**

Creditors who do not file a proof of claim on or before this date may not share in any distribution from the debtor's estate.

**A PROOF OF CLAIM FORM can be filed electronically using our proof of claim system (ePOC) found on our web page at: http://www.pamb.uscourts.gov − Filing a Claim (ePOC)**

Alternatively, you may file a claim by regular mail with the court at the address listed below using the proof of claim form found at http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx.

To receive acknowledgment of your filing, you may either enclose a stamped, self−addressed envelope and a copy of your proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) to view your filed proof of claim.

There is no fee for filing the proof of claim .

**Any creditor who has filed a proof of claim already need not file another proof of claim.**

**Address of the Bankruptcy Clerk's Office:**
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes−Barre, PA 18701
(570) 831−2500

Hours Open: Monday − Friday 9:00 AM − 4:00 PM

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: KarenDavis, Deputy Clerk

Date: March 4, 2024

ntasset(B204)(03/23)