IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| DREW R. WILLETTE AND | : | 5-20-00170-MJC |
| JOANNE WILLETTE, | : | |
| DEBTOR(S) | : | CHAPTER 7 |

**CERTIFICAT OF NO OBJECTION TO CHAPTER 7 TRUSTEE'S MOTION TO (1) APPROVE SETTLEMENT OF PERSONAL INJURY CLAIM (2) EMPLOY SPECIAL COUNSEL *NUNC PRO TUNC* AND (3) APPROVE PAYMENT OF SPECIAL COUNSEL FEES AND REIBURSEMNT OF COSTS**

I hereby certify that no objections have been filed to the Chapter 7 Trustee's Motion to (1) Approve Settlement of Personal Injury Claim; (2) Employ Special Counsel *Nunc Pro Tunc*; and (3) Approve Payment of Special Counsel Fees and Reimbursement of Costs and time period to file objections has passed.

Dated: March 26, 2024

Respectfully submitted,

/s/ John J. Martin, Esquire
Law Offices of John J. Martin
1022 Court Street
Honesdale, PA 18431
(570) 253-6899
jmartin@martin-law.net
Attorney For Chapter 7 Trustee