IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **DREW R. WILLETTE aka DREW R. WILLETTE, SR., aka DREW WILLETTE, SR. aka DREW WILLETTE**<br><br>Debtor 1 | Chapter: 7 |
| **JOANNE WILLETTE**<br><br>Debtor 2 | Case No.: 5-20-bk-00170-MJC |

### CERTIFICATION OF FEES AND BILL FOR COLLECTION

I, Karen Davis, state that the following services have been provided to the above estate and charges in the amount of $260.00 are now due and payable to the U.S. Bankruptcy Court.

| DATE OF SERVICE | TYPE OF SERVICE | TOTALS |
|---|---|---|
| 01/31/2024 | 1 Motion to Reopen Chapter 7 Case @ $260.00 | $260.00 |
| | **TOTAL AMOUNT DUE:** | $260.00 |

s/Karen Davis
Deputy Clerk

Date: May 29, 2024

Cert of Fees and Bill for Collections - Revised 01/20

Case 5:20-bk-00170-MJC    Doc 47    Filed 05/29/24    Entered 05/29/24 12:21:37    Desc
Main Document    Page 1 of 1