In re: WILLETTE, DREW R.                                Case No.  5:20-00170-MJC
WILLETTE, JOANNE
DREW R WILLETTE, SR.

_____,         Chapter    7
                              Debtors

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under Chapter 7 of the United States Bankruptcy Code was filed on January 17, 2020.  The undersigned trustee was appointed on January 17, 2020.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4.  The trustee realized the gross receipts of          $              133,000.00

|  | |
|---|---:|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 507.47 |
| Administrative expenses | 56,959.48 |
| Bank service fees | 156.88 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

Leaving a balance on hand of[1]          $              75,376.17

The remaining funds are available for distribution.

5.  Attached as **Exhibit B**  is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 06/04/2024 and the deadline for filing governmental claims was 07/15/2020. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $8,840.04. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $8,840.04, for a total compensation of $8,840.04.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $60.76, for total expenses of $60.76.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/05/2024          By: /s/JOHN J. MARTIN, TRUSTEE
                              Trustee, Bar No.: 580440

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 5:20-00170-MJC | Trustee: (580440) JOHN J. MARTIN, TRUSTEE |
| Case Name: WILLETTE, DREW R. | Filed (f) or Converted (c): 01/17/20 (f) |
| WILLETTE, JOANNE | §341(a) Meeting Date: 03/04/20 |
| Period Ending: 06/05/24 | Claims Bar Date: 06/04/24 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2016 Chevrolet Silverado, 65000 miles. Entire pr<br>Imported from original petition Doc# 1 | 19,150.00 | 0.00 | | 0.00 | FA |
| 2 | Couch, television, chair, lamps, end tables, mus<br>Imported from original petition Doc# 1 | 400.00 | 0.00 | | 0.00 | FA |
| 3 | Dining room table, chairs, other general furnish<br>Imported from original petition Doc# 1 | 250.00 | 0.00 | | 0.00 | FA |
| 4 | Bed, dresser, other general furnishings<br>Imported from original petition Doc# 1 | 300.00 | 0.00 | | 0.00 | FA |
| 5 | Dishes, glasses, silverware, pots, pans, coffee<br>Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 6 | Shirts, pants, jackets, other general wearing ap<br>Imported from original petition Doc# 1 | 300.00 | 0.00 | | 0.00 | FA |
| 7 | Wedding bands, watches, other small jewelry item<br>Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 8 | Cat<br>Imported from original petition Doc# 1 | 10.00 | 0.00 | | 0.00 | FA |
| 9 | Cash<br>Imported from original petition Doc# 1 | 40.00 | 0.00 | | 0.00 | FA |
| 10 | Checking Account (joint): People's Security Bank<br>Imported from original petition Doc# 1 | 800.00 | 0.00 | | 0.00 | FA |
| 11 | Checking (joint): Peoples Security Bank<br>Imported from original petition Doc# 1 | 400.00 | 0.00 | | 0.00 | FA |
| 12 | Checking: NEPA Federal Credit Union<br>Imported from original petition Doc# 1 | 1,400.00 | 0.00 | | 0.00 | FA |
| 13 | Int. in Ins. policies: Global Life Insurance (te<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 14 | PRE-PETITION PERSONAL INJURY CLAIM  (u) | 133,000.00 | 0.00 | | 133,000.00 | FA |
| 14 | **Assets** **Totals** (Excluding unknown values) | **$156,650.00** | **$0.00** | | **$133,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

TFR UNDER REVIEW WITH UST.

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 5:20-00170-MJC | **Trustee:** (580440) JOHN J. MARTIN, TRUSTEE |
| **Case Name:** WILLETTE, DREW R. | **Filed (f) or Converted (c):** 01/17/20 (f) |
| WILLETTE, JOANNE | **§341(a) Meeting Date:** 03/04/20 |
| **Period Ending:** 06/05/24 | **Claims Bar Date:** 06/04/24 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) <br><br> Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** January 8, 2024      **Current Projected Date Of Final Report (TFR):** June 5, 2024 (Actual)

# Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 5:20-00170-MJC | |
| **Case Name:** | WILLETTE, DREW R. | |
| | WILLETTE, JOANNE | |
| **Taxpayer ID #:** | **-***0438 | |
| **Period Ending:** | 06/05/24 | |

| | |
|---|---|
| **Trustee:** | JOHN J. MARTIN, TRUSTEE (580440) |
| **Bank Name:** | Metropolitan Commercial Bank |
| **Account:** | ******5989 - Checking Account |
| **Blanket Bond:** | $8,132,694.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/19/24 | | WRIGHT & SCHULTE | NET PROCEEDS FROM PI SETTLEMENT | | 75,533.05 | | 75,533.05 |
| | {14} | | GROSS PROCEEDS          133,000.00<br>FROM P.I.<br>SETTLEMENT | 1242-000 | | | 75,533.05 |
| | | WRIGHT AND SCHULTE | SPECIAL COUNSEL          -53,200.00<br>FEES PER COURT<br>ORDER APPROVING<br>SETTLEMENT | 3210-600 | | | 75,533.05 |
| | | WRIGHT & SCHULTE | SPECIAL COUNSEL          -3,759.48<br>COSTS AND<br>EXPENSES PER<br>COURT ORDER<br>APPROVING<br>SETTLEMENT | 3220-610 | | | 75,533.05 |
| | | MEDICARE LIEN | MEDICARE LIEN PER          -507.47<br>COURT ORDER<br>APPROVING<br>SETTLEMENT | 4220-000 | | | 75,533.05 |
| 04/30/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 32.19 | 75,500.86 |
| 05/31/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 124.69 | 75,376.17 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 75,533.05 | 156.88 | **$75,376.17** |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| **Subtotal** | | 75,533.05 | 156.88 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$75,533.05** | **$156.88** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******5989** | **75,533.05** | **156.88** | **75,376.17** |
| | **$75,533.05** | **$156.88** | **$75,376.17** |

{} Asset reference(s)

Printed: 06/25/2024 09:39 AM    V.20.60

# Exhibit C Claims Register

## Case: 5:20-00170-MJC    WILLETTE, DREW R.

Claims Bar Date:    06/04/24

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 1 | DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>03/07/24 | OK UNSECURED | $5,682.70<br>$5,682.70 | $0.00 | $5,682.70 |
| 1I | DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025<br><7990-00  Surplus Case Interest on Unsecured Claims (including priority)>,  640 | Unsecured<br>03/07/24 | | $383.86<br>$383.86 | $0.00 | $383.86 |
| 2 | DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>03/07/24 | OK UNSECURED | $19,088.46<br>$19,088.46 | $0.00 | $19,088.46 |
| 2I | DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025<br><7990-00  Surplus Case Interest on Unsecured Claims (including priority)>,  640 | Unsecured<br>03/07/24 | | $1,289.41<br>$1,289.41 | $0.00 | $1,289.41 |
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR<br>CROWN ASSET MANAGEMENT LLC<br>PO BOX 788<br>KIRKLAND, WA 98083-0788<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>03/14/24 | OK UNSECURED | $3,747.18<br>$3,747.18 | $0.00 | $3,747.18 |
| 3I | QUANTUM3 GROUP LLC AS AGENT FOR<br>CROWN ASSET MANAGEMENT LLC<br>PO BOX 788<br>KIRKLAND, WA 98083-0788<br><7990-00  Surplus Case Interest on Unsecured Claims (including priority)>,  640 | Unsecured<br>03/14/24 | | $253.12<br>$253.12 | $0.00 | $253.12 |
| 4 | QUANTUM3 GROUP LLC AS AGENT FOR<br>CROWN ASSET MANAGEMENT LLC<br>PO BOX 788<br>KIRKLAND, WA 98083-0788<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>03/21/24 | OK UNSECURED | $2,060.77<br>$2,060.77 | $0.00 | $2,060.77 |

# Exhibit C Claims Register

## Case: 5:20-00170-MJC    WILLETTE, DREW R.

Claims Bar Date:    06/04/24

| Claim Number | Claimant Name / \<Category\>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 4I | QUANTUM3 GROUP LLC AS AGENT FOR CROWN ASSET MANAGEMENT LLC PO BOX 788 KIRKLAND, WA 98083-0788 | Unsecured 03/21/24 | | $139.20 $139.20 | $0.00 | $139.20 |
| | \<7990-00   Surplus Case Interest on Unsecured Claims (including priority)\>,  640 | | | | | |
| 5 | LVNV FUNDING, LLC RESURGENT CAPITAL SERVICES PO BOX 10587 GREENVILLE, SC 29603-0587 | Unsecured 03/22/24 | OK UNSECURED | $1,752.87 $1,752.87 | $0.00 | $1,752.87 |
| | \<7100-00   General Unsecured § 726(a)(2)\>,  610 | | | | | |
| 5I | LVNV FUNDING, LLC RESURGENT CAPITAL SERVICES PO BOX 10587 GREENVILLE, SC 29603-0587 | Unsecured 03/22/24 | | $118.40 $118.40 | $0.00 | $118.40 |
| | \<7990-00  Surplus Case Interest on Unsecured Claims (including priority)\>, 640 | | | | | |
| 6 | AMERICAN EXPRESS NATIONAL BANK C/O BECKET AND LEE LLP PO BOX 3001 MALVERN, PA 19355-0701 | Unsecured 04/22/24 | OK UNSECURED | $3,695.92 $3,695.92 | $0.00 | $3,695.92 |
| | \<7100-00   General Unsecured § 726(a)(2)\>,  610 | | | | | |
| 6I | AMERICAN EXPRESS NATIONAL BANK C/O BECKET AND LEE LLP PO BOX 3001 MALVERN, PA 19355-0701 | Unsecured 04/22/24 | | $249.66 $249.66 | $0.00 | $249.66 |
| | \<7990-00   Surplus Case Interest on Unsecured Claims (including priority)\>,  640 | | | | | |
| 7 | LVNV FUNDING, LLC RESURGENT CAPITAL SERVICES PO BOX 10587 GREENVILLE, SC 29603-0587 | Unsecured 05/07/24 | OK UNSECURED | $5,250.00 $5,250.00 | $0.00 | $5,250.00 |
| | \<7100-00   General Unsecured § 726(a)(2)\>,  610 | | | | | |
| 7I | LVNV FUNDING, LLC RESURGENT CAPITAL SERVICES PO BOX 10587 GREENVILLE, SC 29603-0587 | Unsecured 05/07/24 | | $354.63 $354.63 | $0.00 | $354.63 |
| | \<7990-00   Surplus Case Interest on Unsecured Claims (including priority)\>,  640 | | | | | |

# Exhibit C Claims Register

## Case: 5:20-00170-MJC    WILLETTE, DREW R.

Claims Bar Date:    06/04/24

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 100 | MEDICARE LIEN | Secured 01/17/20 | | $507.47 $507.47 | $507.47 | $0.00 |
| | | | PAYMENT OF MEDICARE LIEN PER COURT ORDER APPROVING SETTLEMENT | | | |
| | <4220-00   Personal Property and Intangibles-Non-consensual Liens>,  100 | | | | | |
| ADMIN | JOHN J. MARTIN, TRUSTEE 1022 COURT STREET | Admin Ch.  7 01/17/20 | | $8,840.04 $8,840.04 | $0.00 | $8,840.04 |
| | HONESDALE, PA 18431 | | [Updated by Surplus to Debtor Report based on Net Estate Value: 111800.81] | | | |
| | <2100-00   Trustee Compensation>,  200 | | | | | |
| ADMIN | JOHN J. MARTIN, TRUSTEE 1022 COURT STREET | Admin Ch.  7 01/17/20 | | $60.76 $60.76 | $0.00 | $60.76 |
| | HONESDALE, PA 18431 | | | | | |
| | <2200-00   Trustee Expenses>,  200 | | | | | |
| ADMIN | UNITED STATES BANKRUPTCY COURT | Admin Ch.  7 01/31/24 | | $260.00 $260.00 | $0.00 | $260.00 |
| | 197 S. MAIN STREET WILKES-BARRE, PA 18701 | | | | | |
| | <2700-00   Clerk of the Court Costs>,  200 | | | | | |
| ADMIN | JOHN J. MARTIN, ESQ. 1022 COURT STREET | Admin Ch.  7 06/05/24 | | $950.00 $950.00 | $0.00 | $950.00 |
| | HONESDALE, PA 18431 | | | | | |
| | <3110-00   Attorney for Trustee Fees (Trustee Firm)>,  200 | | | | | |
| ADMIN | WRIGHT AND SCHULTE | Admin Ch.  7 04/19/24 | | $53,200.00 $53,200.00 | $53,200.00 | $0.00 |
| | | | SPECIAL COUNSEL ATTORNEY FEES PER COURT ORDER | | | |
| | <3210-60   Special Counsel for Trustee Fees>,  200 | | | | | |
| ADMIN | WRIGHT & SCHULTE | Admin Ch.  7 01/17/20 | | $3,759.48 $3,759.48 | $3,759.48 | $0.00 |
| | | | COSTS AND EXPENSES PER COURT ORDER APPROVING SETTLEMENT | | | |
| | <3220-61   Special Counsel for Trustee Expenses>,  200 | | | | | |
| SURPLUS | WILLETTE, DREW R. P.O. BOX 982 | Unsecured 01/17/20 | | $21,199.19 $21,199.19 | $0.00 | $21,199.19 |
| | MARSHALLS CREEK, PA 18335 | | | | | |
| | <8200-00   Surplus Funds Paid to Debtor §726(a)(6)>,  650 | | | | | |
| | | | Case Total: | | $57,466.95 | $75,376.17 |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 5:20-00170-MJC
Case Name: WILLETTE, DREW R.
Trustee Name: JOHN J. MARTIN, TRUSTEE

| | | |
|---|---|---|
| **Balance on hand:** | $ | 75,376.17 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 100 | MEDICARE LIEN | 507.47 | 507.47 | 507.47 | 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 75,376.17 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOHN J. MARTIN, TRUSTEE | 8,840.04 | 0.00 | 8,840.04 |
| Trustee, Expenses - JOHN J. MARTIN, TRUSTEE | 60.76 | 0.00 | 60.76 |
| Attorney for Trustee, Fees - JOHN J. MARTIN, ESQ. | 950.00 | 0.00 | 950.00 |
| Charges, U.S. Bankruptcy Court | 260.00 | 0.00 | 260.00 |
| Other Fees: WRIGHT AND SCHULTE | 53,200.00 | 53,200.00 | 0.00 |
| Other Expenses: WRIGHT & SCHULTE | 3,759.48 | 3,759.48 | 0.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 10,110.80 |
| Remaining balance: | $ | 65,265.37 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 65,265.37 |

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 65,265.37 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 41,277.90 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | DISCOVER BANK | 5,682.70 | 0.00 | 5,682.70 |
| 2 | DISCOVER BANK | 19,088.46 | 0.00 | 19,088.46 |
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR | 3,747.18 | 0.00 | 3,747.18 |
| 4 | QUANTUM3 GROUP LLC AS AGENT FOR | 2,060.77 | 0.00 | 2,060.77 |
| 5 | LVNV FUNDING, LLC | 1,752.87 | 0.00 | 1,752.87 |
| 6 | AMERICAN EXPRESS NATIONAL BANK | 3,695.92 | 0.00 | 3,695.92 |
| 7 | LVNV FUNDING, LLC | 5,250.00 | 0.00 | 5,250.00 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 41,277.90 |
| Remaining balance: | $ | 23,987.47 |

UST Form 101-7-TFR (05/1/2011)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 23,987.47 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 23,987.47 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 1.5% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $2,788.28. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $21,199.19.

**UST Form 101-7-TFR (05/1/2011)**