IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| DREW R. WILLETTE AND | : | 5-20-00170-MJC |
| JOANNE WILLETTE, | : | |
|     DEBTOR(S) | : | CHAPTER 7 |

**CHAPTER 7 TRUSTEE'S CERTIFICATION OF NO OBJECTION TO CHAPTER 7 TRUSTEE'S FINAL REPORT AND REQUEST FOR <u>COMPENSATION AND REIMBURSEMENT OF EXPENSES</u>**

    John J. Martin, Trustee, hereby certifies that no objections have been filed to the Chapter 7 Trustee's Final Report and Request For Compensation and Reimbursement of Expenses and the time to file such objection has elapsed.

Dated: August 23, 2024                                           Respectfully Submitted,

                                                                                  <u>/s/John J. Martin, Esquire</u>
                                                                                  Law Office of John J. Martin
                                                                                  1022 Court Street
                                                                                  Honesdale, PA  18431
                                                                                  (570) 253-6899
                                                                                  jmartin@martin-law.net
                                                                                  Attorney For Chapter 7 Trustee