**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**
**Wilkes-Barre DIVISION**

| | | |
|---|---|---|
| In re: DREW R. WILLETTE | § | Case No. 5-20-00170 |
| JOANNE WILLETTE | § | |
| DREW R WILLETTE, SR. | § | |
| | § | |
| Debtor(s) | | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

John J. Martin, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $23,650.00 | Assets Exempt: | $4,500.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $44,573.65 | Claims Discharged Without Payment: | $209,598.45 |
| Total Expenses of Administration: | $67,227.16 | | |

3) Total gross receipts of $133,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $21,199.19 (see **Exhibit 2**), yielded net receipts of $111,800.81 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $19,991.00 | $507.47 | $507.47 | $507.47 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $67,487.16 | $67,487.16 | $67,227.16 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $249,526.45 | $41,277.90 | $44,066.18 | $44,066.18 |
| **TOTAL DISBURSEMENTS** | $269,517.45 | $109,272.53 | $112,060.81 | $111,800.81 |

4) This case was originally filed under chapter 7 on 01/17/2020. The case was pending for 65 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/02/2025       By: /s/ John J. Martin
                                                Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| PRE-PETITION PERSONAL INJURY CLAIM | 1242-000 | $133,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$133,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| WILLETTE, DREW R. | Distribution payment - Dividend paid at 100.00% of $21,199.19; Claim # SURPLUS; Filed: $21,199.19 | 8200-002 | $21,199.19 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$21,199.19** |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 100 | MEDICARE LIEN | 4220-000 | $0.00 | $507.47 | $507.47 | $507.47 |
| N/F | AmeriCredit/GM Financial | 4110-000 | $19,991.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$19,991.00** | **$507.47** | **$507.47** | **$507.47** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - JOHN J. MARTIN, TRUSTEE | 2100-000 | NA | $8,840.04 | $8,840.04 | $8,840.04 |
| Trustee, Expenses - JOHN J. MARTIN, TRUSTEE | 2200-000 | NA | $60.76 | $60.76 | $60.76 |
| Attorney for Trustee Fees - JOHN J. MARTIN, ESQ. | 3110-000 | NA | $950.00 | $950.00 | $950.00 |
| Charges, U.S. Bankruptcy Court | 2700-000 | NA | $260.00 | $260.00 | $260.00 |
| Charges, U.S. Bankruptcy Court | 2700-000 | NA | $260.00 | $260.00 | $0.00 |
| Bank Service Fees - Metropolitan Commercial Bank | 2600-000 | NA | $156.88 | $156.88 | $156.88 |
| Attorney for Trustee Fees (Other Firm) - WRIGHT AND SCHULTE | 3210-000 | NA | $53,200.00 | $53,200.00 | $53,200.00 |
| Attorney for Trustee Expenses (Other Firm)  - WRIGHT & SCHULTE | 3220-000 | NA | $3,759.48 | $3,759.48 | $3,759.48 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | NA | $67,487.16 | $67,487.16 | $67,227.16 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | DISCOVER BANK | 7100-000 | $5,682.00 | $5,682.70 | $5,682.70 | $5,682.70 |
| 1I | DISCOVER BANK | 7990-000 | NA | NA | $383.86 | $383.86 |
| 2 | DISCOVER BANK | 7100-000 | $19,088.00 | $19,088.46 | $19,088.46 | $19,088.46 |
| 2I | DISCOVER BANK | 7990-000 | NA | NA | $1,289.41 | $1,289.41 |
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | $3,703.00 | $3,747.18 | $3,747.18 | $3,747.18 |
| 3I | QUANTUM3 GROUP LLC AS AGENT FOR | 7990-000 | NA | NA | $253.12 | $253.12 |
| 4 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | $2,740.00 | $2,060.77 | $2,060.77 | $2,060.77 |
| 4I | QUANTUM3 GROUP LLC AS AGENT FOR | 7990-000 | NA | NA | $139.20 | $139.20 |
| 5 | LVNV FUNDING, LLC | 7100-000 | $1,057.00 | $1,752.87 | $1,752.87 | $1,752.87 |
| 5I | LVNV FUNDING, LLC | 7990-000 | NA | NA | $118.40 | $118.40 |
| 6 | AMERICAN EXPRESS NATIONAL BANK | 7100-000 | $3,695.00 | $3,695.92 | $3,695.92 | $3,695.92 |
| 6I | AMERICAN EXPRESS NATIONAL BANK | 7990-000 | NA | NA | $249.66 | $249.66 |
| 7 | LVNV FUNDING, LLC | 7100-000 | $3,963.00 | $5,250.00 | $5,250.00 | $5,250.00 |
| 7I | LVNV FUNDING, LLC | 7990-000 | NA | NA | $354.63 | $354.63 |
| N/F | Bank of America | 7100-000 | $609.00 | NA | NA | NA |
| N/F | Capital One | 7100-000 | $2,576.00 | NA | NA | NA |
| N/F | Capital One | 7100-000 | $4,621.00 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Capital One | 7100-000 | $5,997.00 | NA | NA | NA |
| N/F | Capital One | 7100-000 | $848.00 | NA | NA | NA |
| N/F | Citibank | 7100-000 | $558.00 | NA | NA | NA |
| N/F | Kohls/Capital One | 7100-000 | $939.00 | NA | NA | NA |
| N/F | Select Portfolio Servicing, Inc | 7100-000 | $174,926.00 | NA | NA | NA |
| N/F | St. Luke's University Health Networ | 7100-000 | $2,507.45 | NA | NA | NA |
| N/F | Syncb/walmart | 7100-000 | $816.00 | NA | NA | NA |
| N/F | Synchrony Bank/Amazon | 7100-000 | $752.00 | NA | NA | NA |
| N/F | Synchrony Bank/Care Credit | 7100-000 | $2,196.00 | NA | NA | NA |
| N/F | Synchrony Bank/Lowes | 7100-000 | $3,636.00 | NA | NA | NA |
| N/F | Synchrony Bank/Old Navy | 7100-000 | $985.00 | NA | NA | NA |
| N/F | Synchrony Bank/Old Navy | 7100-000 | $3,058.00 | NA | NA | NA |
| N/F | Synchrony Bank/Walmart | 7100-000 | $4,574.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$249,526.45** | **$41,277.90** | **$44,066.18** | **$44,066.18** |

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

Case No.: 5-20-00170  
Case Name: DREW R. WILLETTE  
JOANNE WILLETTE  

For Period Ending: 07/02/2025

Trustee Name: (580440) John J. Martin  
Date Filed (f) or Converted (c): 01/17/2020 (f)  
§ 341(a) Meeting Date: 03/04/2020  
Claims Bar Date: 06/04/2024

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2016 Chevrolet Silverado, 65000 miles. Entire pr<br>Imported from original petition Doc# 1 | 19,150.00 | 0.00 | | 0.00 | FA |
| 2 | Couch, television, chair, lamps, end tables, mus<br>Imported from original petition Doc# 1 | 400.00 | 0.00 | | 0.00 | FA |
| 3 | Dining room table, chairs, other general furnish<br>Imported from original petition Doc# 1 | 250.00 | 0.00 | | 0.00 | FA |
| 4 | Bed, dresser, other general furnishings<br>Imported from original petition Doc# 1 | 300.00 | 0.00 | | 0.00 | FA |
| 5 | Dishes, glasses, silverware, pots, pans, coffee<br>Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 6 | Shirts, pants, jackets, other general wearing ap<br>Imported from original petition Doc# 1 | 300.00 | 0.00 | | 0.00 | FA |
| 7 | Wedding bands, watches, other small jewelry item<br>Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 8 | Cat<br>Imported from original petition Doc# 1 | 10.00 | 0.00 | | 0.00 | FA |
| 9 | Cash<br>Imported from original petition Doc# 1 | 40.00 | 0.00 | | 0.00 | FA |
| 10 | Checking Account (joint): People's Security Bank<br>Imported from original petition Doc# 1 | 800.00 | 0.00 | | 0.00 | FA |
| 11 | Checking (joint): Peoples Security Bank<br>Imported from original petition Doc# 1 | 400.00 | 0.00 | | 0.00 | FA |
| 12 | Checking: NEPA Federal Credit Union<br>Imported from original petition Doc# 1 | 1,400.00 | 0.00 | | 0.00 | FA |
| 13 | Int. in Ins. policies: Global Life Insurance (te<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 14 | PRE-PETITION PERSONAL INJURY CLAIM (u) | 133,000.00 | 0.00 | | 133,000.00 | FA |
| **14** | **Assets Totals (Excluding unknown values)** | **$156,650.00** | **$0.00** | | **$133,000.00** | **$0.00** |

Exhibit 8
Page: 2

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

**Case No.:** 5-20-00170
**Case Name:** DREW R. WILLETTE
JOANNE WILLETTE

**For Period Ending:** 07/02/2025

**Trustee Name:** (580440) John J. Martin
**Date Filed (f) or Converted (c):** 01/17/2020 (f)
**§ 341(a) Meeting Date:** 03/04/2020
**Claims Bar Date:** 06/04/2024

**Major Activities Affecting Case Closing:**

    TDR UNDER REVIEW WITH UST.

**Initial Projected Date Of Final Report (TFR):** 01/08/2024     **Current Projected Date Of Final Report (TFR):** 06/05/2024 (Actual)

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 1

| | | |
|---|---|---|
| Case No.: 5-20-00170 | Trustee Name: | John J. Martin (580440) |
| Case Name: DREW R. WILLETTE | Bank Name: | Metropolitan Commercial Bank |
| JOANNE WILLETTE | Account #: | ******5989 Checking Account |
| Taxpayer ID #: **-***0438 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: 07/02/2025 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/19/24 | | WRIGHT & SCHULTE | NET PROCEEDS FROM PI SETTLEMENT | | 75,533.05 | | 75,533.05 |
| | {14} | | GROSS PROCEEDS FROM P.I. SETTLEMENT $133,000.00 | 1242-000 | | | |
| | | WRIGHT AND SCHULTE | SPECIAL COUNSEL FEES PER COURT ORDER APPROVING SETTLEMENT -$53,200.00 | 3210-000 | | | |
| | | WRIGHT & SCHULTE | SPECIAL COUNSEL COSTS AND EXPENSES PER COURT ORDER APPROVING SETTLEMENT -$3,759.48 | 3220-000 | | | |
| | | MEDICARE LIEN | MEDICARE LIEN PER COURT ORDER APPROVING SETTLEMENT -$507.47 | 4220-000 | | | |
| 04/30/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 32.19 | 75,500.86 |
| 05/31/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 124.69 | 75,376.17 |
| 06/07/24 | 101 | JOHN J. MARTIN, ESQ. | PER BANKRUPTCY COURT ORDER | 3110-000 | | 950.00 | 74,426.17 |
| 09/05/24 | 102 | UNITED STATES BANKRUPTCY COURT | Distribution payment - Dividend paid at 100.00% of $260.00; Claim # ADMIN; Filed: $260.00 Stopped on 04/08/2025 | 2700-005 | | 260.00 | 74,166.17 |
| 09/05/24 | 103 | JOHN J. MARTIN, TRUSTEE | Distribution payment - Dividend paid at 100.00% of $8,840.04; Claim # FEE; Filed: $8,840.04 | 2100-000 | | 8,840.04 | 65,326.13 |
| 09/05/24 | 104 | JOHN J. MARTIN, TRUSTEE | Distribution payment - Dividend paid at 100.00% of $60.76; Claim # TE; Filed: $60.76 | 2200-000 | | 60.76 | 65,265.37 |
| 09/05/24 | 105 | DISCOVER BANK | Distribution payment - Dividend paid at 100.00% of $5,682.70; Claim # 1; Filed: $5,682.70 | 7100-000 | | 5,682.70 | 59,582.67 |
| 09/05/24 | 106 | DISCOVER BANK | Distribution payment - Dividend paid at 100.00% of $383.86; Claim # 1I; Filed: $383.86 | 7990-000 | | 383.86 | 59,198.81 |
| 09/05/24 | 107 | DISCOVER BANK | Distribution payment - Dividend paid at 100.00% of $19,088.46; Claim # 2; Filed: $19,088.46 | 7100-000 | | 19,088.46 | 40,110.35 |
| 09/05/24 | 108 | DISCOVER BANK | Distribution payment - Dividend paid at 100.00% of $1,289.41; Claim # 2I; Filed: $1,289.41 | 7990-000 | | 1,289.41 | 38,820.94 |
| 09/05/24 | 109 | QUANTUM3 GROUP LLC AS AGENT FOR | Distribution payment - Dividend paid at 100.00% of $3,747.18; Claim # 3; Filed: $3,747.18 | 7100-000 | | 3,747.18 | 35,073.76 |
| 09/05/24 | 110 | QUANTUM3 GROUP LLC AS AGENT FOR | Distribution payment - Dividend paid at 100.00% of $253.12; Claim # 3I; Filed: $253.12 | 7990-000 | | 253.12 | 34,820.64 |
| 09/05/24 | 111 | QUANTUM3 GROUP LLC AS AGENT FOR | Distribution payment - Dividend paid at 100.00% of $2,060.77; Claim # 4; Filed: $2,060.77 | 7100-000 | | 2,060.77 | 32,759.87 |
| 09/05/24 | 112 | QUANTUM3 GROUP LLC AS AGENT FOR | Distribution payment - Dividend paid at 100.00% of $139.20; Claim # 4I; Filed: $139.20 | 7990-000 | | 139.20 | 32,620.67 |

Page Subtotals: $75,533.05 $42,912.38

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9

Page: 2

| Case No.: | 5-20-00170 | Trustee Name: | John J. Martin (580440) |
|---|---|---|---|
| Case Name: | DREW R. WILLETTE | Bank Name: | Metropolitan Commercial Bank |
| | JOANNE WILLETTE | Account #: | ******5989 Checking Account |
| Taxpayer ID #: | **-***0438 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 07/02/2025 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/05/24 | 113 | LVNV FUNDING, LLC | Distribution payment - Dividend paid at 100.00% of $1,752.87; Claim # 5; Filed: $1,752.87 | 7100-000 | | 1,752.87 | 30,867.80 |
| 09/05/24 | 114 | LVNV FUNDING, LLC | Distribution payment - Dividend paid at 100.00% of $118.40; Claim # 5I; Filed: $118.40 | 7990-000 | | 118.40 | 30,749.40 |
| 09/05/24 | 115 | AMERICAN EXPRESS NATIONAL BANK | Distribution payment - Dividend paid at 100.00% of $3,695.92; Claim # 6; Filed: $3,695.92 | 7100-000 | | 3,695.92 | 27,053.48 |
| 09/05/24 | 116 | AMERICAN EXPRESS NATIONAL BANK | Distribution payment - Dividend paid at 100.00% of $249.66; Claim # 6I; Filed: $249.66 | 7990-000 | | 249.66 | 26,803.82 |
| 09/05/24 | 117 | LVNV FUNDING, LLC | Distribution payment - Dividend paid at 100.00% of $5,250.00; Claim # 7; Filed: $5,250.00 | 7100-000 | | 5,250.00 | 21,553.82 |
| 09/05/24 | 118 | LVNV FUNDING, LLC | Distribution payment - Dividend paid at 100.00% of $354.63; Claim # 7I; Filed: $354.63 | 7990-000 | | 354.63 | 21,199.19 |
| 09/05/24 | 119 | WILLETTE, DREW R. | Distribution payment - Dividend paid at 100.00% of $21,199.19; Claim # SURPLUS; Filed: $21,199.19 | 8200-002 | | 21,199.19 | 0.00 |
| 04/08/25 | 102 | UNITED STATES BANKRUPTCY COURT | Distribution payment - Dividend paid at 100.00% of $260.00; Claim # ADMIN; Filed: $260.00 Stopped: check issued on 09/05/2024 | 2700-005 | | -260.00 | 260.00 |
| 04/08/25 | | CLERK, U.S. BANKRUPTCY COURT | ACH PAYMENT OF COURT COSTS-REPLACES CHECK 102 | 2700-000 | | 260.00 | 0.00 |
| | | COLUMN TOTALS | | | 75,533.05 | 75,533.05 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | Subtotal | | | 75,533.05 | 75,533.05 | |
| | | Less: Payments to Debtors | | | | 21,199.19 | |
| | | NET Receipts / Disbursements | | | $75,533.05 | $54,333.86 | |

{ } Asset Reference(s)  UST Form 101-7-TDR ( 10 /1/2010)  ! - transaction has not been cleared

Case 5:20-bk-00170-MJC    Doc 58    Filed 07/03/25    Entered 07/03/25 08:42:26    Desc
Main Document    Page 10 of 11

# Form 2
# Cash Receipts And Disbursements Record

Exhibit 9
Page: 3

| | |
|---|---|
| **Case No.:** | 5-20-00170 |
| **Case Name:** | DREW R. WILLETTE<br>JOANNE WILLETTE |
| **Taxpayer ID #:** | **-***0438 |
| **For Period Ending:** | 07/02/2025 |

| | |
|---|---|
| **Trustee Name:** | John J. Martin (580440) |
| **Bank Name:** | Metropolitan Commercial Bank |
| **Account #:** | ******5989 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******5989 Checking Account | $75,533.05 | $54,333.86 | $0.00 |
| | $75,533.05 | $54,333.86 | $0.00 |